# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MORA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01352-JCM-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WALGREEN CO., ) | |
| ) | |
| Defendant. ) | |

    This matter is before the Court on Plaintiff's counsel Brice J. Crafton, Nathan Deaver, and the law firm of Deaver & Crafton's Motion to Withdraw (#13), filed January 22, 2014.

    Local Rule IA 10-6 provides that "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." *See* LR IA 10-6(b). The undersigned has reviewed the motion and finds that the requirements for withdrawal have been met. Based on the record, it appears Plaintiff is still represented in this matter by attorney Kyle N. Foster of the law firm of Harmon Wang, LLC. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's counsel Brice J. Crafton, Nathan Deaver, and the law firm of Deaver & Crafton's Motion to Withdraw (#13) is **granted**.

    **IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of the underlying motion and this order on Plaintiff. Withdrawing counsel shall file a notice of service by **Friday, February 7, 2014**.

    DATED: January 23, 2014.

                                                           **C.W. Hoffman, Jr.**
                                                          **United States Magistrate Judge**