# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIA MORA,

        Plaintiff,

vs.

WALGREEN CO.,

        Defendant.

Case No. 2:13-cv-01352-JCM-CWH

**ORDER**

       This matter is before the Court on Plaintiff's counsel Kyle N. Foster's Motion to Withdraw (#17), filed February 11, 2014.

       Local Rule IA 10-6 provides that "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." *See* LR IA 10-6(b). The undersigned has reviewed the motion and finds that the requirements for withdrawal have been met. Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's counsel Kyle N. Foster's Motion to Withdraw (#17) is **granted**.

       **IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of the underlying motion and this order on Plaintiff. Withdrawing counsel shall file a notice of service by **Wednesday, February 19, 2014**.

       **IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to Plaintiff at her last known address:

    Maria Mora
    2372 Cowley Way
    Las Vegas, Nevada 89142

1  DATED: February 13, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**