1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8
9
10

| | |
|---|---|
| MARIA MORA, ) | |
|         Plaintiff, ) | Case No.  2:13-cv-01352-JCM-CWH |
| vs. ) | **ORDER** |
| WALGREEN CO., ) | |
|         Defendant. ) | |

11
12
13
14
15
16
17
18
19

        This matter is before the Court on Plaintiff's counsel's Motion to Withdraw (#37), filed August 7, 2014.  Local Rule IA 10-6 provides that "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel."  *See* LR IA 10-6(b).  The undersigned has reviewed the motion and finds that the requirements for withdrawal have been met.  Accordingly,

20
21

        **IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion to withdraw (#37) is **granted**.

22
23
24

        **IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of the underlying motion and this order on Plaintiff.  Withdrawing counsel shall file a notice of service by **Friday, August 15, 2014**.

25
26

        **IT IS FURTHER ORDERED** that the Settlement Conference currently scheduled for August 26, 2014 is **vacated**.

27
28

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to

Plaintiff at her last known address:

> Maria Mora
> 5756 Slice Drive
> Las Vegas, Nevada 89142

DATED: August 8, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2